# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 13-11354 |
|---|---|
| Darryl Thomas<br>Evelyn Fleming<br>　　　Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/21/2013.

2) The plan was confirmed on 06/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/02/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 11/27/2013.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $2,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,000.00**

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,461.49 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $93.51 | |
| Other | $385.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,940.00** |

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 314.45 | 945.79 | 945.79 | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | NA | 1,264.07 | 1,264.07 | 0.00 | 0.00 |
| AFNI INC | Unsecured | 212.45 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 853.00 | 837.62 | 837.62 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 2,642.00 | 2,592.02 | 2,592.02 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 628.91 | 628.91 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 975.00 | 974.97 | 974.97 | 0.00 | 0.00 |
| CANCER TREATMENT CENTERS OF A | Unsecured | NA | 1,730.68 | 1,730.68 | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 305.20 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1.00 | 3,494.37 | 3,494.37 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 1,817.60 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 253.85 | 3,009.04 | 3,009.04 | 0.00 | 0.00 |
| CMK INVESTMENTS INC | Unsecured | 136.14 | 772.00 | 772.00 | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE COMMUNICATION | Unsecured | 1,245.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,700.00 | 339.34 | 339.34 | 0.00 | 0.00 |
| CREDIT SOLUTIONS CORP | Unsecured | 12,916.00 | NA | NA | 0.00 | 0.00 |
| Credit Solutions Corp | Unsecured | 17,596.12 | NA | NA | 0.00 | 0.00 |
| CREDIT SOLUTIONS CORP | Secured | 4,680.00 | NA | 4,680.00 | 30.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 350.00 | 349.66 | 349.66 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALST S | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALST S | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALST S | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALST S | Unsecured | 4,166.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 232.00 | 232.53 | 232.53 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 337.00 | 301.95 | 301.95 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST AMERICAN BANK | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| First Rate Financial | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 255.60 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES | Unsecured | 442.57 | NA | NA | 0.00 | 0.00 |
| Holland Asset Services | Unsecured | 3,773.79 | NA | NA | 0.00 | 0.00 |
| Holland Asset Services | Secured | 35,000.00 | NA | NA | 0.00 | 0.00 |
| IQ TELECOM | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,323.58 | 1,323.58 | 0.00 | 0.00 |
| MAYER SERVICE CO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| Midwestern Regional Medical Center | Unsecured | 144,087.70 | NA | NA | 0.00 | 0.00 |
| MIMIT | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST SC | Unsecured | 1,490.35 | 147.45 | 147.45 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,906.88 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,540.00 | 3,738.30 | 3,738.30 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 336.00 | 337.00 | 337.00 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 484.00 | 483.84 | 483.84 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 758.00 | 758.62 | 758.62 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 632.00 | 631.08 | 631.08 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 883.00 | 882.73 | 882.73 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,804.33 | 1,804.33 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 320.00 | 270.41 | 270.41 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 10,859.00 | 10,859.93 | 10,859.93 | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 31.00 | 31.66 | 31.66 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 7,480.00 | 12,267.88 | 12,267.88 | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| Thomas & Thomas Medical | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 435.21 | 435.21 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 3,000.00 | 4,789.68 | 4,789.68 | 0.00 | 0.00 |
| VISA DAKOTA BK | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Secured | 16,050.00 | 19,133.10 | 19,133.10 | 30.00 | 0.00 |
| WOW Internet Cable Phone - 1 | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,813.10 | $60.00 | $0.00 |
| All Other Secured | $3,009.04 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,822.14** | **$60.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,225.61** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,940.00 |
| Disbursements to Creditors | $60.00 |
| **TOTAL DISBURSEMENTS :** | **$2,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/25/2014                           By: /s/ Tom Vaughn
                                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**